IN THE UNITED STATES DISTRCIT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| Dolores Gay and Corinne Jacob, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Garnet Health,<br><br>　　　　　Defendant. | STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)<br><br>Court File No.: 7:23-CV-06950-NSR |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice against Defendant Garnet Health pursuant to Fed. R. Civ. P. rule 41(a)(1)(A)(ii). Each party to bear its own costs.

Respectfully submitted,

_____
Philip J. Krzeski (admitted *pro hac vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Ave. S., Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
pkrzeski@chestnutcambronne.com

Dated: July 24, 2025

_____
David Carney (admitted *pro hac vice*)
**BAKER HOSTETLER LLP**
Key Tower, 127 Public Sq., Suite 2000
Cleveland, Ohio 44114
Telephone: (216) 621-0200
dcarney@bakerlaw.com

Dated: July 24, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2025

Dated: July 25, 2025
White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge